1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7

MARKEL INSURANCE COMPANY, a Virginia
Insurance Company,

8                    Plaintiff,                          Case No. C09-1221RSM

9              v.                                        TAXATION OF COSTS

10  DAHN YOGA & HEALTH CENTERS, INC., an
    Arizona corporation, and DRYGUY LLC, a
11  Washington Limited liability company,
    individually and as the representative of a
12  purported class of similarly siturated persons.,

13                   Defendants.

14
        Costs in the above-entitled action are hereby taxed against DAHN YOGA HEALTH CENTERS
15
    and on behalf of PLAINTIFF in the amount of $235.64.
16
        Dated this _____21st_____ day of JUNE, 2001 .
17
18
19
20                                      _____
                                        Bruce Rifkin
21                                      Clerk, U.S. District Court

22
23
24
25
26  TAXATION OF COSTS -- 1