UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKEL INSURANCE COMPANY, a Virginia Insurance Company,<br><br>              Plaintiff,<br><br>       v.<br><br>DAHN YOGA & HEALTH CENTERS, INC., an Arizona corporation, and DRYGUY LLC, a Washington Limited liability company, individually and as the representative of a purported class of similarly siturated persons.,<br><br>              Defendants. | Case No. C09-1221RSM<br><br>TAXATION OF COSTS |

     Costs in the above-entitled action are hereby taxed against DRYGUY LLC and on behalf of PLAINTIFF in the amount of $185.00.

     Dated this ___21st___ day of JUNE, 2001 .

                                                            Bruce Rifkin
                                                            Clerk, U.S. District Court

TAXATION OF COSTS -- 1